**IN THE DISTRICT COURT OF THE UNITED STATES FOR THE**

**MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | **CRIMINAL ACTION NO.** |
| v. | ) | **2:18cr98-MHT** |
| | ) | **(WO)** |
| **HAROLD BRANDON ABRAMS** | ) | |

**FINAL ORDER OF FORFEITURE**

**WHEREAS**, on May 9, 2018, this court entered a preliminary order of forfeiture forfeiting defendant Harold Brandon Abrams's interest in the following property to the United States: a Taurus, model PT140 G2, .40 caliber pistol, bearing serial number SGX03882 and miscellaneous ammunition;

**WHEREAS**, publication of notice was not required pursuant to Rule G(4)(a) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions as the property is worth less than $ 1,000 and the only potential claimant is the defendant. The government gave defendant notice in the indictment that it would seek the forfeiture of all property involved

in the commission of the offenses in violation of 18 U.S.C. § 922(g)(1). (Doc. #1); and

WHEREAS, the court finds that defendant has an interest in the property that is subject to forfeiture pursuant to 18 U.S.C. § 924(d)(1) by 28 U.S.C. § 2461(c). The United States has established the requisite nexus between such property in the commission of the offenses in violation of 18 U.S.C. § 922(g)(1).

IT IS HEREBY ORDERED that the United States' motion for a final order of forfeiture (doc. no. 42) is granted as follows:

1. The following property is hereby forfeited to the United States pursuant to 18 U.S.C. § 924(d)(1) by 28 U.S.C. § 2461(c): a Taurus, model PT140 G2, .40 caliber pistol, bearing serial number SGX03882 and miscellaneous ammunition.

2. All right, title and interest to the property described above is hereby condemned, forfeited and vested in the United States and shall be disposed of

according to law;

3. The United States District Court shall retain jurisdiction in the case for the purpose of enforcing this order; and,

4. The clerk of the court shall forward a certified copy of this order to the United States Attorney's Office.

DONE this the 26th day of July, 2018.

                                  /s/ Myron H. Thompson
                                 **UNITED STATES DISTRICT JUDGE**