IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
UNITED STATES OF AMERICA     )
                             )    CRIMINAL ACTION NO.
     v.                      )       2:18cr98-MHT
                             )          (WO)
HAROLD BRANDON ABRAMS        )
```

ORDER

Based on defendant Harold Brandon Abrams's successful completion of 28 months of his 36-month term of supervised release, including his consistent employment and negative drug test results, and based on the probation officer's support for early termination and the government's oral representation to the court that it does not oppose it, it is ORDERED that:

(1) Defendant's Harold Brandon Abrams's motion for early termination of supervision (doc. no. 45) is granted.

(2) Defendant Abrams's supervised release is terminated effective immediately, and he is discharged.

DONE, this the 16th day of February, 2021.

   /s/ Myron H. Thompson
   UNITED STATES DISTRICT JUDGE